EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Mercedes M. Barreras Soler | 2006 TSPR 95<br><br>168 DPR _____ |
| --- | --- |

Número del Caso: TS-9970

Fecha: 2 de junio de 2006

 Abogado de la Parte Peticionaria:

> Lcdo. Gonzalo J. Barreras Varona

Colegio de Abogados de Puerto Rico:

> Lcdo. José M. Montalvo Trías
> Director Ejecutivo

Materia: Baja Voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mercedes M. Barreras Soler

                            TS-9970

RESOLUCIÓN

San Juan, Puerto Rico, a 2 de junio de 2006.

El Tribunal se da por enterado del Informe del Colegio de Abogados de Puerto Rico del 28 de abril de 2006.

A la solicitud de baja voluntaria presentada por la peticionaria el 17 de enero de 2006, con lugar como se pide.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo